U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 4 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **3:13-CR-00276-P** |
| **v.** | § | |
| | § | |
| **GERARDO ESQUIVEL GAYTAN (13)** | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**GERARDO ESQUIVEL GAYTAN (13)**, by consent, under authority of United States v.

Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has

entered a plea of guilty to the Indictment.   *Information*   After cautioning and examining **GERARDO**

**ESQUIVEL GAYTAN (13)** under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are

supported by an independent basis in fact containing each of the essential elements of such offense.

I therefore recommend that the plea of guilty be accepted and that **GERARDO ESQUIVEL**

**GAYTAN (13)** be adjudged guilty and have sentence imposed accordingly.

Date:   March 4, 2014.

MAGISTRATE JUDGE DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).